SKC/KG

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Amin Mohammad Hosseinpour,<br>Petitioner,<br>v.<br>Luis Rosa, Jr., et al.,<br>Respondents. | No. CV-26-04944-PHX-JEM<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Petitioner is a native and citizen of Iran who entered the United States after facing persecution by the Iranian government. On December 1, 2025, an immigration judge granted Petitioner withholding of removal, finding his life or freedom would be threatened if he returned to Iran. Since then, Petitioner has been detained for more than 10 months without a meaningful custody review to determine whether removal is foreseeable or whether less restrictive alternatives to detention are appropriate. As such, Petitioner alleges that his continued detention violates Petitioner's Fifth Amendment rights, and he seeks either immediate release under an Order of Supervision or an individualized post-custody determination before a neutral decisionmaker.

The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondents state: "Respondents do not oppose the habeas petition or Petitioner's requested relief for release from custody." (Doc. 9.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Absent a significant change in Petitioner's circumstances, Respondents and their agents are enjoined from re-detaining Petitioner without **seven (7) days** prior written notice and an opportunity for Petitioner to be heard by a neutral judge on the reasons for the re-detention and consideration of bond, at which hearing the government must bear the burden of demonstrating by clear and convincing evidence that Petitioner is likely to flee or pose a danger to the community if not detained.

(5) Any pending motions are **denied as moot** and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 16th day of October, 2026.

James E. Marner
United States Magistrate Judge